# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
### WESTERN DIVISION

JOSHUA HARRIS                                                                          PLAINTIFF

VS.                                                          CIVIL ACTION NO.  5:04cv98-JCS

GABRIEL WALKER, ET AL.                                                          DEFENDANTS

<u>JUDGMENT</u>

  This cause is before the Court on the Defendants' motion for summary judgment.  The parties have also consented, pursuant to 28 U.S.C. § 636(c) and Federal Rule of Civil Procedure 73, for all proceedings and final judgment to be entered by a United States Magistrate Judge. The Court, for reasons explained in the memorandum opinion and order entered this date, finds that the Defendant's motion for summary judgment should be granted. Accordingly, this case is dismissed without prejudice because the Plaintiff failed to exhaust administrative remedies.

  IT IS, THEREFORE, ORDERED AND ADJUDGED that summary judgment be and is hereby entered in favor of the Defendants, and this entire action is dismissed without prejudice.

  SO ORDERED AND ADJUDGED this the ___18th___ day of September, 2006.

       ___s/ James C. Sumner_____
        UNITED STATES MAGISTRATE JUDGE